B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nesis, Lawrence S.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1841** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2700 Summit Drive, Unit 104**<br>**Glenview, IL**<br>ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ■<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nesis, Lawrence S.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nesis, Lawrence S.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Lawrence S. Nesis**
Signature of Debtor  **Lawrence S. Nesis**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 11, 2008**
Date

### Signature of Attorney*

X **/s/ Ariel Weissberg**
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name

**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

Address

**Email: ariel@weissberglaw.com**
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**April 11, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Lawrence S. Nesis**             Case No. _____

                 Debtor(s)         Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Lawrence S. Nesis**
                        **Lawrence S. Nesis**
Date:   **April 11, 2008**

B6D (Official Form 6D) (12/07)

In re   **Lawrence S. Nesis**                                    ,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

___0___ continuation sheets attached

|  | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Lawrence S. Nesis**                      ,    Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **Lawrence S. Nesis**                                                              ,          Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Anna Hong**<br>**1874 Aberdeen**<br>**Glenview, IL 60025** | - | | | | | | **Unknown** | **Unknown**<br><br>**Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 |
|---|---|---|
|  |  | 0.00 |
|  | Total (Report on Summary of Schedules) | 0.00 |
|  |  | 0.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Lawrence S. Nesis**
_____,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **401 Properties Limited Partnership c/o Elizabeth D. Sharp, Esq. 330 S. Wells St., Suite 1010 Chicago, IL 60606** | X | - | | | | | **Unknown** |
| Account No. **407 S. Dearborn, LLC 1940 North Clark St. Chicago, IL 60614** | X | - | **Subject to setoff.** | | | | **Unknown** |
| Account No. **Akiit Barry S. Kerstein Trust c/o Barry S. Kerstein Trust, Trustee 6212 W. Cermak Berwyn, Illinois 60402-0000** | X | | | | | X | **29,295.95** |
| Account No. 3725-312760-82009 **American Express Box 0001 Los Angeles, CA 90096-0001** | | | | | | | **5,432.42** |
|  | | | | | Subtotal (Total of this page) | | **34,728.37** |

___17___  continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:23645-080129    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                        ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **AmTrust Bank, formerly Ohio Savings** <br> **203 N. LaSalle Street, Suite 2100** <br> **Chicago, Illinois 60601-0000** | X | | | | | | X | **27,000,000.00** |
| Account No. <br><br> **Anna Hong** <br> **1874 Aberdeen** <br> **Glenview, IL 60025** | - | | | | | | | **Unknown** |
| Account No. <br><br> **Azar, Marsha** <br> **c/o Westridge Realty** <br> **5653 N. Ashland** <br> **Chicago, IL 60660** | X | - | | | | | X | **Unknown** |
| Account No. **4427-1030-2880-5652** <br><br> **Bank of America** <br> **P.O. Box 15728** <br> **Wilmington, DE 19886** | - | | | | | | | **4,163.60** |
| Account No. <br><br> **Bank of Lincolnwood** <br> **4433 West Touhy Avenue** <br> **Lincolnwood, Illinois 60712-0000** | X | | | | | | X | **7,000,000.00** |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **34,004,163.60**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence S. Nesis**                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Barry S. Kerstein Trust, Administrator Kerstein Investment Mgmt. Profit 6212 W. Cermak Berwyn, Illinois 60402-0000** | X | | | | | | X | 20,704.05 |
| Account No. <br><br> **Berman, Michael B. 1381 R.F.D., Manassas Long Grove, Illinois 60047-0000** | X | | | | | | X | 50,000.00 |
| Account No. <br><br> **Broadway Bank of Chicago c/o Schain Burney Ross & Citron, Ltd. 222 North LaSalle Street, Suite 1910 Chicago, Illinois 60601-0000** | X | | | | | | X | 3,000,000.00 |
| Account No. <br><br> **Cacciatore, Joseph 527 S. Wells Street   7th Floor Chicago, Illinois** | X | | | | | | X | 750,000.00 |
| Account No. **5178-0525-1312-7114** <br><br> **Capitol One P.O. Box 5294 Carol Stream, IL 60197** | | | | | | | | 707.11 |

Sheet no. __**2**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **3,821,411.16**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Casty Scott c/o Laser, Pokorny, Schwartz 6 West Hubbard Street, Suite 800 Chicago, IL 60610 | X | - | | | | | | 1,192,868.00 |
| Account No. | | | | | | | | |
| Casty, Scott c/o Laser, Pokorny, Schwartz 6 West Hubbard Street, Suite 800 Chicago, IL 60610 | X | | | | | | X | 1,200,000.00 |
| Account No. | | | | | | | | |
| Casty, Scott c/o Laser, Pokorny, Schwartz 6 West Hubbard Street, Suite 800 Chicago, IL 60610 | X | | | | | | X | 650,000.00 |
| Account No. | | | | | | | | |
| Chapman, Ricky 2021 Grouse Street Las Vegas, Nevada 89134-0000 | X | | | | | | X | 206,000.00 |
| Account No. | | | | | | | | |
| Chapman, Ricky FGMK, LLC 2801 Lakeside Drive, 3rd Floor Bannockburn, Illinois 60015-0000 | X | | | | | | X | 100,000.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,348,868.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Chapman, Robert C. 3309 Glenlake Glenview, Illinois 60025-0000 | X | | | | | | X | 50,000.00 |
| Account No. | | | | | | | | |
| Charles Everhardt c/o Adrian Vuckovich, Esq. 1 North LaSalle St., Suite 2235 Chicago, IL 60602 | - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Charter National Bank & Trust 2200 W. Higgins Hoffman Estates, IL | X | | | | | | X | 600,000.00 |
| Account No. 5401-6830-3426-1609 | | | | | | | | |
| Chase Mastercard Cardmember Services P.O. Box15153 Wilmington, DE 19886 | | | | | | | | 814.41 |
| Account No. | | | | | | | | |
| Cole, Louis c/o Ronald A. Tash, Esq. 640 North LaSalle Street, Suite 670 Chicago, Illinois 60610-0000 | X | | | | | | X | 1,100,000.00 |

Sheet no.  __4__  of  __17__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,750,814.41 |
|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence S. Nesis**                                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dave, Ashwin R.** c/o Allen S. Gabe, Esq. 931 North Plum Grove Schaumburg, IL 60173 | X | - | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **Dearborn Wholesale Grocers, L.P** c/o Letvin & Stein 541 N. Fairbanks Court, Suite 2121 Chicago, Illinois 60611-0000 | X | | | | | X | **250,000.00** |
| Account No. | | | | | | | |
| **Discover Card** P.O. Box 30395 Salt Lake City, UT 84130 | | | | | | X | **6,376.26** |
| Account No. | | | | | | | |
| **Diversified Equity Funding, LLC** 3100 Dundee Road, Suite 403 Northbrook, IL 60062 | X | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Diversified Strategies Fund, LLC** 3100 Dundee Road, Suite 403 Northbrook, Illinois 60062-0000 | X | | | | | X | **1,407,000.00** |

Sheet no. __5__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,663,376.26**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Lawrence S. Nesis**_____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Dr. Joel A. Feder Trust c/o Sherwin I. Pogrund, Esq. Stone Pogrund & Korey LLC 221 North LaSalle Street, 32nd Fl. Chicago, Illinois 60601-0000** | X | | | | | | X | 100,000.00 |
| Account No. | | | | | | | | |
| **E and M Investments, LLC 201 East Ogden Avenue, Suite 26 Hinsdale, Illinois 60521-0000** | X | | | | | | X | 3,500,000.00 |
| Account No. | | | | | | | | |
| **First Midwest Restaurant, LLC 2708 N. Sawyer St, Chicago, Illinois** | | | | | | | X | 0.00 |
| Account No. | | | | | | | | |
| **Ford Credit P.O. Box 790093 St. Louis, Missouri 63179-0093** | | | | | | | X | 15,866.00 |
| Account No. | | | | | | | | |
| **Foster LZ LLC c/o Donald Engel 320 W. Ohio Street, Suite 501 Chicago, Illinois 60610-0000** | X | | | | | | X | 1,100,000.00 |

| | | |
|---|---|---|
| Sheet no. __**6**___ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,715,866.00 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                      ,        Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Fox, Hefter, Swibel, Levin & Carroll 321 North Clark Street, Suite 3300 Chicago, Illinois 60610-0000** | X | | | | | | X | 15,000.00 |
| Account No. | | | | | | | | |
| **Freeman Realty Advisors, Inc c/o Jeffrey S. Lyon, Reg. Agent 790 Estate Drive   Suite 180 Deerfield, Illinois 60015-0000** | X | | | | | | X | 300,000.00 |
| Account No. | | | | | | | | |
| **Freeman Realty Advisors, Inc. c/o Jeffrey S. Lyon 790 Estate Drive, Suite 180 Deerfield, IL 60015** | X | | | | | | X | 750,000.00 |
| Account No. | | | | | | | | |
| **Freeman Realty Advisors, Inc. c/o Jeffrey S. Lyon, Reg. Agent 790 Estate Drive   Suite 180 Deerfield, Illinois 60015-0000** | X | | | | | | X | 155,000.00 |
| Account No. | | | | | | | | |
| **G.E. Commercial Finance Business c/o John H. Bernstein, Esq. 1800 California St., Suite 3100 Denver, CO 80202** | X | - | | | | | X | Unknown |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  **1,220,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                                                    ,        Case No. _____
                                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Gelman, Candace 464 Central Avenue Northfield, IL 60093 | X | - | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Gelman, Candace c/o Pershing, LLC c/o Ira & Candace Gelman 464 Central Avenue, Suite 20 Northfield, Illinois 60097-0000 | X | | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Greenbriar Development Inc Steven Napleton 1020 East Golf Road Schaumburg, Illinois 60173-0000 | X | | | | | | X | |
| | | | | | | | | 325,000.00 |
| Account No. | | | | | | | | |
| Hardej, Paul c/o Steven Friedland, Esq. 322 S. Green St., Suite 400 Chicago, IL 60607 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Herskovits, Tom 1200 Business Center Drive, # 400 Mount Prospect, IL 60056 | X | - | | | | | | |
| | | | | | | | | 236,000.00 |

| Sheet no. __8__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 661,000.00 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence S. Nesis**_____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Homburger, Tom, Esq. Bell, Boyd & Lloyd 70 W. Madison St., Suite 3100 Chicago, IL 60602 | X | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Hudspeth, Donald W. 3030 N. Central Avenue, Suite 604 Phoenix, Arizona 85012-0000 | X | | | | | | X | 8,500.00 |
| Account No. | | | | | | | | |
| IRP II Clark Street Residential, LLC ING Realty Partners 676 N. Michigan Avenue, Suite 3350 Chicago, Illinois 60611-0000 | X | | | | | | X | 8,500,000.00 |
| Account No. | | | | | | | | |
| Kerstein, David 345 Oak Knoll Terrace Northbrook, Illinois 60062-0000 | X | | | | | | X | 50,000.00 |
| Account No. | | | | | | | | |
| Kindwald Law Offices, P.C. 105 West Madison Street  Suite 2100 Chicago, Illinois 60602-0000 | | | | | | | X | 100,000.00 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **8,658,500.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                          ,          Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kindwald, Donald J.** <br> **105 West Madison, Suite 2100** <br> **Chicago, Illinois 60602-0000** | | | | | | X | 350,000.00 |
| Account No. <br><br> **Kolber P.C., Steven R.** <br> **FGMK** <br> **2801 Lakeside Drive, 3rd Floor** <br> **Bannockburn, Illinois 60015-0000** | X | | | | | X | 515,000.00 |
| Account No. <br><br> **Kolber, Steven** <br> **2801 Lakeside Drive, 3rd  Floor** <br> **Bannockburn, IL 60015** | - | | | | | | 515,625.00 |
| Account No. <br><br> **Larry Nesis** <br> **P.O. Box 2261** <br> **Glenview, Illinois 60025-0000** | | | | | | X | 0.00 |
| Account No. <br><br> **Lasser, Jules, Esq** <br> **Laser, Pokorny, Schwartz, Friedman** <br> **6 West Hubbard Street, Suite 800** <br> **Chicago, Illinois 60610-0000** | X | | | | | X | 400,000.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,780,625.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Lawrence S. Nesis_____,          Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Levy Restaurants 980 N Michigan Ave., Suite 40 Chicago, IL 60611 | X | - | | | | | X | Unknown |
| Account No. | | | | | | | | |
| Lewis, Irving A. 1280 Rudolph Road, #4J Northbrook, Illinois 60062-0000 | X | | | | | | X | 150,000.00 |
| Account No. | | | | | | | | |
| MA168 LLC/Azar c/o Donald Engel 320 W. Ohio Street, Suite 501 Chicago, Illinois 60610-0000 | X | | | | | | X | 1,250,000.00 |
| Account No. | | | | | | | | |
| Michael Supera Family Ltd. Partnership 2001 N. Halsted, 3rd Floor Chicago, Illinois 60614-0000 | X | | | | | | X | 860,000.00 |
| Account No. | | | | | | | | |
| New City Bank/Azar 900 S. Michigan Avenue Chicago, Illinois 60605-0000 | X | | | | | | X | 400,000.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **2,660,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Lawrence S. Nesis** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Northside Community Bank c/o Kalcheim Haber LLP 134 North LaSalle   Suite 2100 Chicago, Illinois 60602-0000** | X | | | | | | X | 1,700,000.00 |
| Account No. | | | | | | | | |
| **Okmin, Marshall c/o Ramond Ostler, Esq. 208 S. LaSalle St., Suite 1200 Chicago, IL 60604** | X | | | | | | X | 142,500.00 |
| Account No. | | | | | | | | |
| **Old Colony Partners L.P. c/o Elizabeth D. Sharp 330 S. Wells St., Suite 1010 Chicago, IL 60606** | X | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Opfer, Paula M. 28845 Harvest Glen Circle Cary, Illinois 60013-0000** | X | | | | | | X | 50,000.00 |
| Account No. | | | | | | | | |
| **Park, Kyun Hee c/o Larry Ordower, Esq. One North LaSalle St., Suite 1300 Chicago, IL 60602** | X | - | | | | | X | Unknown |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,892,500.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence S. Nesis**                                                    ,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Pedersen & Houpt** **161 North Clark Street, Suite 3100** **Chicago, Illinois 60610-3242** | X | | | | | | X | 120,000.00 |
| Account No. | | | | | | | | |
| **Post, Richard M. and Mary** **7711 West 159th Street** **Tinley Park, Illinois 60477-0000** | X | | | | | | X | 450,000.00 |
| Account No. | | | | | | | | |
| **Ramirez, Robert B. Jr., P.C.** **1141 Waukegan Road** **Glenview, IL 60025** | X - | | | | | | X | Unknown |
| Account No. | | | | | | | | |
| **Robert Rothstein, as Trustee** **c/o Guaranty National Title** **36 W. Randolph, Suite 800** **Chicago, Illinois 60601-0000** | X | | | | | | X | 1,200,000.00 |
| Account No. | | | | | | | | |
| **Sapphire Development L.L.C.** **3000 Dundee Road   Suite 306** **Northbrook, Illinois 60602-0000** | X | | | | | | X | 780,615.00 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,550,615.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lawrence S. Nesis**                                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Shaevitz, Steven & Helen**<br>**2144 Tennyson LN**<br>**Highland Park, Illinois 60035-1638** | X | | | | | | X | 50,000.00 |
| Account No.<br><br>**Shaw Gussis Fishman, et al.**<br>**321 N. Clark St., Ste. 800**<br>**Chicago, Illinois 60610-0000** | X | | | | | | X | 20,000.00 |
| Account No.<br><br>**Shefsky Froelich**<br>**111 E. Wacker Drive, Suite 2800**<br>**Chicago, Illinois 60601-0000** | X | | | | | | X | 180,000.00 |
| Account No.<br><br>**Siegel, Myron E., Esq.**<br>**2275 Half Day Road, Suite 850**<br>**Deerfield, IL 60015** | X - | | | | | | X | Unknown |
| Account No.<br><br>**State Street Capital Partners Inc**<br>**Two North Riverside Plaza, # 1400**<br>**Chicago, Illinois 60606-0000** | X | | | | | | X | 50,000.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **300,000.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                  Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Stuckmann, James M. and Kathleen 1117 Lear Drive Cary, Illinois 60013-0000 | X | | | | | | X | |
| | | | | | | | | 50,000.00 |
| Account No. | | | | | | | | |
| Venture Equities Management, Inc c/o Barack Ferrazzano Kirschbaum 200 West Madison Street, Suite 3900 Chicago, Illinois 60606-3465 | X | | | | | | X | |
| | | | | | | | | 600,000.00 |
| Account No. | | | | | | | | |
| Vuckovich, Adrian Esq. 1 N. LaSalle St., Suite 2235 Chicago, IL 60602 | X | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Webster Powell 320 West Ohio, Suite 501 Chicago, Illinois 60610-0000 | X | | | | | | X | |
| | | | | | | | | 4,518.00 |
| Account No. | | | | | | | | |
| WFS Properties-Del Mar, LLC 601 Seclusion Lane Glendale, California 91207-0000 | X | | | | | | X | |
| | | | | | | | | 175,000.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

829,518.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lawrence S. Nesis**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WFS-Cantera, LLC c/o Robert D. Tepper, Esq. 311 S. Wacker Drive, Suite 5125 Chicago, IL 60606** | X | - | | | | | X | 182,357.91 |
| Account No. | | | | | | | | |
| **William Spatz c/o James T. Rohlfing Rohlfing & Oberholtzer 211 West Wacker Drive, Suite 1200 Chicago, Illinois 60606-0000** | | | | | | | X | 1,200,000.00 |
| Account No. | | | | | | | | |
| **Willis, Abt and Hirsch, M.D. 4709 Golf Road Suite 1005 Skokie, IL 60076** | | - | | | | | | 2,821.50 |
| Account No. | | | | | | | | |
| **Wolf, Carol J. 86 Tamarisk Lane Deerfield, Illinois 60015-5073** | X | | | | | | X | 50,000.00 |
| Account No. | | | | | | | | |
| **Wolfgang Puck Express Licensing, LL Ron S. Biskin, President 100 N. Crescent Dr., Suite 100 Beverely Hills, CA** | X | - | | | | | X | 10,735.00 |

Sheet no. __16__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,445,914.41

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lawrence S. Nesis**                                    ,       Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WRI FM Investments III LLC c/o Weyerhaeuser Realty Investors 1301 5th Avenue, Suite 3100 Seattle, Washington 98101-2647** | X | | | | | | X | **1,300,000.00** |
| Account No. | | | | | | | | |
| **Zells, Martin B., Esq. 20 N. Wacker Drive, Suite 2610 Chicago, IL 60606** | X | - | | | | | X | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **1,300,000.00** |
| Total (Report on Summary of Schedules) | **72,637,900.21** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Lawrence S. Nesis**                                    Case No.
                                    Debtor(s)        Chapter    **7**


# DECLARATION CONCERNING DEBTOR'S SCHEDULES


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____**51**____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **April 11, 2008**                        Signature    **/s/ Lawrence S. Nesis**
                                        **Lawrence S. Nesis**
                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

1408 W. Catalpa, LLC
c/o Westridge Realty
5653 N. Ashland
Chicago, IL 60660


2715 N. Milwaukee, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St,. Suite 2235
Chicago, IL 60602


401 Properties Limited Partnership
c/o Elizabeth D. Sharp, Esq.
330 S. Wells St., Suite 1010
Chicago, IL 60606


407 S. Dearborn, LLC
1940 North Clark St.
Chicago, IL 60614


417 S. Dearborn, LLC
105 West Madison St.
Suite 2100
Chicago, IL 60602


4352 N. Leavitt, LLC
105 W. Madison, Suite 2100
Chicago, IL 60602


725 E. Geneva, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


Akiit Barry S. Kerstein Trust
c/o Barry S. Kerstein Trust, Trustee
6212 W. Cermak
Berwyn, Illinois 60402-0000


American Express
Box 0001
Los Angeles, CA 90096-0001


AmTrust Bank, formerly Ohio Savings
203 N. LaSalle Street, Suite 2100
Chicago, Illinois 60601-0000

Anna Hong
1874 Aberdeen
Glenview, IL 60025


Azar, Marsha
c/o Westridge Realty
5653 N. Ashland
Chicago, IL 60660


Bank of America
P.O. Box 15728
Wilmington, DE 19886


Bank of Lincolnwood
4433 West Touhy Avenue
Lincolnwood, Illinois 60712-0000


Barry S. Kerstein Trust, Administrator
Kerstein Investment Mgmt. Profit
6212 W. Cermak
Berwyn, Illinois 60402-0000


Berman, Michael B.
1381 R.F.D., Manassas
Long Grove, Illinois 60047-0000


Broadway Bank of Chicago
c/o Schain Burney Ross & Citron, Ltd.
222 North LaSalle Street, Suite 1910
Chicago, Illinois 60601-0000


C&L Holdings, Inc.
c/o Donald J. Kindwald
105 W. Madison St., Suite 2100
Chicago, IL 60602


Cacciatore, Joseph
527 S. Wells Street   7th Floor
Chicago, Illinois


Capitol One
P.O. Box 5294
Carol Stream, IL 60197

Casty Scott
c/o Laser, Pokorny, Schwartz
6 West Hubbard Street, Suite 800
Chicago, IL 60610


Casty, Scott
c/o Laser, Pokorny, Schwartz
6 West Hubbard Street, Suite 800
Chicago, IL 60610


Chapman, Ricky
FGMK, LLC
2801 Lakeside Drive, 3rd Floor
Bannockburn, Illinois 60015-0000


Chapman, Robert C.
3309 Glenlake
Glenview, Illinois 60025-0000


Charles Everhardt
c/o Adrian Vuckovich, Esq.
1 North LaSalle St., Suite 2235
Chicago, IL 60602


Charter National Bank & Trust
2200 W. Higgins
Hoffman Estates, IL


Chase Mastercard
Cardmember Services
P.O. Box15153
Wilmington, DE 19886


Cole, Louis
c/o Ronald A. Tash, Esq.
640 North LaSalle Street, Suite 670
Chicago, Illinois 60610-0000


Dave, Ashwin R.
c/o Allen S. Gabe, Esq.
931 North Plum Grove
Schaumburg, IL 60173


DCL Development, LLC
5940 N. Touhy Avenue, Suite 300
Niles, IL 60714

Dearborn Wholesale Grocers, L.P
c/o Letvin & Stein
541 N. Fairbanks Court, Suite 2121
Chicago, Illinois 60611-0000


Discover Card
P.O. Box 30395
Salt Lake City, UT 84130


Diversified Equity Funding, LLC
3100 Dundee Road, Suite 403
Northbrook, IL 60062


Diversified Strategies Fund, LLC
3100 Dundee Road, Suite 403
Northbrook, Illinois 60062-0000


Donald Kindwald, Esq.
105 West Madison St., Suite 2100
Chicago, IL 60602


Dr. Joel A. Feder Trust
c/o Sherwin I. Pogrund, Esq.
Stone Pogrund & Korey LLC
221 North LaSalle Street, 32nd Fl.
Chicago, Illinois 60601-0000


E and M Investments, LLC
201 East Ogden Avenue, Suite 26
Hinsdale, Illinois 60521-0000


E&N Randolph Tower, LLC
1 North LaSalle St.
Suite 2235
Chicago, IL 60602


First Midwest Manager, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


First Midwest Restaurant, LLC
2708 N. Sawyer St,
Chicago, Illinois

First Midwest Restaurants, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


First Three WP Express, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


Ford Credit
P.O. Box 790093
St. Louis, Missouri 63179-0093


Foster LZ LLC
c/o Donald Engel
320 W. Ohio Street, Suite 501
Chicago, Illinois 60610-0000


Foster LZ, LLC
c/o Donald Engel, Esq.
320 W. Ohio St.
Chicago, IL 60610


Fox, Hefter, Swibel, Levin & Carroll
321 North Clark Street, Suite 3300
Chicago, Illinois 60610-0000


Freeman Realty Advisors, Inc
c/o Jeffrey S. Lyon, Reg. Agent
790 Estate Drive  Suite 180
Deerfield, Illinois 60015-0000


Freeman Realty Advisors, Inc.
c/o Jeffrey S. Lyon, Reg. Agent
790 Estate Drive  Suite 180
Deerfield, Illinois 60015-0000


G.E. Commercial Finance Business
c/o John H. Bernstein, Esq.
1800 California St., Suite 3100
Denver, CO 80202


Gelman, Candace
464 Central Avenue
Northfield, IL 60093

Gelman, Candace c/o Pershing, LLC
c/o Ira & Candace Gelman
464 Central Avenue, Suite 20
Northfield, Illinois 60097-0000


Gold Coast Realty, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


Gourmet Express of Lisle, LLC
c/o Donald Kindwald, Esq.
105 W. Madison St., Suite 2100
Chicago, IL 60602


Greenbriar Development Inc
Steven Napleton
1020 East Golf Road
Schaumburg, Illinois 60173-0000


Gurnee Brands, LLC
1691 Weiland Road
Buffalo Grove, IL 60089


Gurnee Cicero Donuts, LLC
c/o Donald Kindwald
105 West Madison
Chicago, IL 60602


Hardej, Paul
5940 N. Touhy Ave., Suite 300
Niles, IL 60714


Herskovits, Tom
1200 Business Center Drive, # 400
Mount Prospect, IL 60056


Homburger, Tom, Esq.
Bell, Boyd & Lloyd
70 W. Madison St., Suite 3100
Chicago, IL 60602


Hudspeth, Donald W.
3030 N. Central Avenue, Suite 604
Phoenix, Arizona 85012-0000

IRP II Clark Street Residential, LLC
ING Realty Partners
676 N. Michigan Avenue, Suite 3350
Chicago, Illinois 60611-0000


Kerstein, David
345 Oak Knoll Terrace
Northbrook, Illinois 60062-0000


Kindwald Law Offices, P.C.
105 West Madison Street  Suite 2100
Chicago, Illinois 60602-0000


Kindwald, Donald J.
105 West Madison, Suite 2100
Chicago, Illinois 60602-0000


Kolber P.C., Steven R.
FGMK
2801 Lakeside Drive, 3rd Floor
Bannockburn, Illinois 60015-0000


Kolber, Steven
2801 Lakeside Drive, 3rd  Floor
Bannockburn, IL 60015


Larry Nesis
P.O. Box 2261
Glenview, Illinois 60025-0000


Lasser, Jules, Esq
Laser, Pokorny, Schwartz, Friedman
6 West Hubbard Street, Suite 800
Chicago, Illinois 60610-0000


Levy Restaurants
980 N Michigan Ave., Suite 40
Chicago, IL 60611


Lewis, Irving A.
1280 Rudolph Road, #4J
Northbrook, Illinois 60062-0000

Lexus Financial
P.O. Box 4102
Carol Stream, IL 60197


MA168 LLC/Azar
c/o Donald Engel
320 W. Ohio Street, Suite 501
Chicago, Illinois 60610-0000


MA168, LLC
5653 N. Ashland
Chicago, IL 60660


Marsha Azar
c/o Westridge Realty
5653 N. Ashland
Chicago, IL 60660


Metropolitan Development Enterprise
5940 N. Touhy Avenue, Suite 300
Niles, IL 60714


Michael Supera Family Ltd. Partnership
2001 N. Halsted, 3rd Floor
Chicago, Illinois 60614-0000


NEP Operating, LLC
c/o Donald Kindwald
105 W. Madison, Suite 2100
Chicago, IL 60602


New City Bank/Azar
900 S. Michigan Avenue
Chicago, Illinois 60605-0000


Northside Community Bank
c/o Kalcheim Haber LLP
134 North LaSalle   Suite 2100
Chicago, Illinois 60602-0000


Okmin, Marshall
c/o Ramond Ostler, Esq.
208 S. LaSalle St., Suite 1200
Chicago, IL 60604

Old Colony Partners L.P.
c/o Elizabeth D. Sharp
330 S. Wells St., Suite 1010
Chicago, IL 60606


Opfer, Paula M.
28845 Harvest Glen Circle
Cary, Illinois 60013-0000


Park, Kyun Hee
c/o Larry Ordower, Esq.
One North LaSalle St., Suite 1300
Chicago, IL 60602


Pedersen & Houpt
161 North Clark Street, Suite 3100
Chicago, Illinois 60610-3242


Plymouth Holdings, LLC
c/o Adrian Vuckovich, Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602


Post, Richard M. and Mary
7711 West 159th Street
Tinley Park, Illinois 60477-0000


Rainbo Homes Holdings, LLC
5940 N. Touhy Avenue, Suite 300
Niles, IL 60714


Rainbo Homes II, LLC
5940 N. Touhy Avenue, Suite 300
Niles, IL 60714


Rainbow Development, LLC
c/o Donald Kindwald, Esq.
105 W. Madison St., Suite 2100
Chicago, IL 60602


Ramirez, Robert B. Jr., P.C.
1141 Waukegan Road
Glenview, IL 60025

Read Bradford and Judith Bradford
77 Overlook Drive
Golf, IL


Robert Rothstein, as Trustee
c/o Guaranty National Title
36 W. Randolph, Suite 800
Chicago, Illinois 60601-0000


Sapphire Development L.L.C.
3000 Dundee Road  Suite 306
Northbrook, Illinois 60602-0000


Shaevitz, Steven & Helen
2144 Tennyson LN
Highland Park, Illinois 60035-1638


Shaw Gussis Fishman, et al.
321 N. Clark St., Ste. 800
Chicago, Illinois 60610-0000


Shefsky Froelich
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601-0000


Siegel, Myron E., Esq.
2275 Half Day Road, Suite 850
Deerfield, IL 60015


State Street Capital Partners Inc
Two North Riverside Plaza, # 1400
Chicago, Illinois 60606-0000


Stuckmann, James M. and Kathleen
1117 Lear Drive
Cary, Illinois 60013-0000


Venture Equities Management, Inc
c/o Barack Ferrazzano Kirschbaum
200 West Madison Street, Suite 3900
Chicago, Illinois 60606-3465


Vuckovich, Adrian Esq.
1 N. LaSalle St., Suite 2235
Chicago, IL 60602

Webster Powell
320 West Ohio, Suite 501
Chicago, Illinois 60610-0000


WFS Properties-Del Mar, LLC
601 Seclusion Lane
Glendale, California 91207-0000


WFS-Cantera, LLC
c/o Robert D. Tepper, Esq.
311 S. Wacker Drive, Suite 5125
Chicago, IL 60606


William Spatz
c/o James T. Rohlfing
Rohlfing & Oberholtzer
211 West Wacker Drive, Suite 1200
Chicago, Illinois 60606-0000


Willis, Abt and Hirsch, M.D.
4709 Golf Road
Suite 1005
Skokie, IL 60076


Wolf, Carol J.
86 Tamarisk Lane
Deerfield, Illinois 60015-5073


Wolfgang Puck Express Licensing, LL
Ron S. Biskin, President
100 N. Crescent Dr., Suite 100
Beverly Hills, CA


WRI FM Investments III LLC
c/o Weyerhaeuser Realty Investors
1301 5th Avenue, Suite 3100
Seattle, Washington 98101-2647


Zells, Martin B., Esq.
20 N. Wacker Drive, Suite 2610
Chicago, IL 60606

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lawrence S. Nesis** _____   Case No. _____
_____
Debtor(s)

Chapter   **7** _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION
## INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I,  **Lawrence S. Nesis** , the debtor in the above-styled case, hereby certify that on  **12/13/07** , I completed an instructional course in personal financial management provided by  **Money Management International, Inc.** , an approved personal financial management provider.

Certificate No. (if any):  **01267-ILN-CC-003025213** .

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Lawrence S. Nesis** _____
**Lawrence S. Nesis**

Date:  **April 11, 2008** _____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)